IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-01340-MSK-CBS

JOSEPH ROBBINS,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Modify the Scheduling Order and Extend the Time to Disclose Experts (filed March 9, 2006; *doc. no. 21*) is **GRANTED**. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **May 15, 2006**. The deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended up to and including **July 31, 2006**.

**DATED:**    March 13, 2006