IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01340-MSK-CBS

JOSEPH ROBBINS,

       Plaintiff,

v.

FORD MOTOR COMPANY,

       Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court upon the Joint Stipulation for Dismissal With Prejudice **(#27)** filed by the parties, and the Court being otherwise duly advised:

IT IS HEREBY ORDERED that this action, and all of Plaintiff's claims against Ford Motor Company raised in this action, are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees. The clerk shall close this case.

DATED this 14th day of April 2006.

                                                 **BY THE COURT:**

                                               _____

                                               Marcia S. Krieger
                                               United States District Judge